**MAGISTRATE JUDGE COLE** **08CR453**

Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE ANDERSEN | Sitting Judge if Other Than Assigned Judge | MAGISTRATE JUDGE SIDNEY I. SCHENKIER |
|---|---|---|---|
| CASE NUMBER | 06 GJ 1236 | DATE | JUNE 3, 2008 |
| CASE TITLE | US v. BOBBIE BROWN, et al (SEE ATTACHED) | | |

Motion: (In the following box (a) indicate the party filing the motion. e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING AND REQUEST TO SEAL

The Grand Jury for the **SPECIAL AUGUST 2006-1** Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

**Docket Entry:**

TO SET PRELIMINARY BAIL AT $5000.00 AND THAT THE DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO ALL DEFENDANTS. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT. THIS INFORMATION IS TO REMAIN SEALED UNTIL JUNE 18, 2008 AT 8:00AM OR BY FURTHER ORDER OF THE COURT.

**FILED**

JUN - 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | Number of notices | DOCKET# |
| | No notices required. | | Date docketed | |
| | Notices mailed by judge's staff. | | Docketing dpty. initials | |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices | | Date mailed notice | |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | Mailing dpty. initials | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |

UNITED STATES OF AMERICA

vs.

BOBBIE L. BROWN, Jr
BARRY ADAMS
LESLIE LOVE
GWENDOLYN JACKSON
DONALD FELTON
JAMES GAROFALO
CALVIN TOWNSEND
HARRY DeFOURNEAU
BRANDON ELLINGTON
WAYNE HARRIS
SHALONDA SLOAN
LATONJA SPENCER
TIFFANY THURMAN
CHARQUETTE CHRISTINE CAMPBELL
DOMINIC MOSCATO
DAVID JACKSON
BUFORD PETEET
JEAN HERNAL
EDGARDO HERNAL
PRENTICE MASON, and
BOZIDAR KELIC