# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

FILED
JUL X 1 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

| IN UNITED STATES | ☑ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
|---|---|---|---|
| IN THE CASE OF | US v.s. Brown, et al | FOR: ND IL  7-1-08  AT: ED | |

PERSON REPRESENTED (Show your full name): Tiffany Thurman

1. ☑ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

CHARGE/OFFENSE (describe if applicable & check box →)   ☑ Felony   ☐ Misdemeanor

DOCKET NUMBERS
Magistrate:
District Court: 08CR 453-13
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☑ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: ADT Fire and Security, Oak Brook IL
- IF YES, how much do you earn per month? $ 3500 COMMISSION BASIS ONLY
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☑ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ 4166
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

OTHER INCOME: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: N/A   SOURCES:

CASH: Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No  IF YES, state total amount $

PROPERTY: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT   VALUE: N/A   DESCRIPTION:

**DEPENDENTS**
MARITAL STATUS:
- ☐ SINGLE
- ☑ MARRIED
- ☐ WIDOWED
- ☐ SEPARATED OR DIVORCED

Total No. of Dependents: 4

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | | |
|---|---|---|---|
| Credit card | | $ | $ |
| Cell phone | | $ | $ |
| Home/rent | | $ | $ |
| Utilities | | $ | $ 2155 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]